

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-16-00347-CV

**IN THE INTEREST OF K.W., D.W. AND K.W., CHILDREN**

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. CPS-275-A**

**O R D E R**

The reporter's record in this appeal was originally due on October 31, 2016. We had difficulty in obtaining the reporter's record from the reporter. On December 21, 2016, when our efforts to obtain the reporter's record had failed, we abated this appeal to the trial court to determine, among other things, a date certain when the reporter's record would be filed. After the trial court's hearing, we finally received what was represented to be the complete reporter's record on December 29, 2016. As we were informed, the record was not complete. Two volumes, Volume 4 and Volume 5, were incomplete and missing testimony. We abated the appeal for a second time on February 1, 2017 for the trial court to determine, again among other things, a date certain when the completed

volumes would be filed.

On February 8, a supplemental reporter's record containing what was purported to be a corrected Volume 4 and a corrected Volume 5 of the reporter's record was filed with the Court. There were still numerous problems with the two volumes. Without any action from the Court, another supplemental reporter's record containing a corrected Volume 5 was filed on February 16, 2017.

It appears that Volume 5 is now in an appropriate format and contains the complete testimony of the witnesses, arguments of counsel, and rulings by the trial court. The "corrected" Volume 4, however, filed on February 8, 2017 is still obviously deficient. For example, answers by witnesses and questions by attorneys have no internal punctuation; the index does not list the pages where the witnesses' testimony can be found; and words are inserted in answers and questions that make no sense.

Accordingly, the reporter, Jonette C. Jackson, is ORDERED to file a corrected Volume 4 of the reporter's record with this Court within 14 days from the date of this order. Failure to file a corrected Volume 4 will result in this appeal being abated again to the trial court to conduct a contempt hearing.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed March 15, 2017

